**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION - CINCINNATI**

| | | |
|---|---|---|
| ESTATE OF MARISA BLESS, Plaintiff, | : | Case No. 1:23-cv-448 |
| v. | : | Judge Matthew W. McFarland |
| WARREN COUNTY BOARD OF COMMISSIONERS, et al., Defendants. | : | |

---

## CALENDAR ORDER

---

Pursuant to the filing of the Rule 26(f) Report by the parties on September 8 (Doc. 31), this case shall proceed as follows:

1. Deadline for settlement demand: **October 19, 2026**

2. Deadline for motion to amend pleadings/add parties: **October 23, 2026**

3. Deadline for motions related to pleadings: **November 20, 2026**

4. Deadline for response to settlement demand: **November 23, 2026**

5. Disclosure of non-expert (fact) witnesses: **January 22, 2027**

6. Deadlines for disclosure of expert witnesses and submission of expert reports:
   - Plaintiffs' expert report(s): **March 25, 2027**
   - Defendants' expert report(s): **April 29, 2027**
   - Disclosure and report of rebuttal experts: **June 3, 2027**

7. Discovery deadline: **August 27, 2027**

8. Dispositive motions deadline: **October 29, 2027**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Is/ Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND